**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MARCO ANTONIO MARINO ZAMORA,

Petitioner,

v.

TODD BLANCHE, *et al.*,

Respondents.

Case No.: 2:26-cv-03156-RFB-EJY

**ORDER**

Since the entry of the Standard Procedures for *Pro Se* Immigration Habeas Petitions Order (ECF No.3), it has come to the Court's attention that Petitioner, Marco Antonio Marino Zamora, has another habeas proceeding pending in this District: Marco Marino-Zamora v. Chief Counsel for the District of Nevada D.H.S. ICE, No. 2:26-cv-01068-CDS-NJK.

Accordingly, **IT IS HEREBY ORDERED** that, on or before **October 9, 2026**, Petitioner, with the assistance of counsel, must indicate whether Petitioner intends to proceed with their petition in the instant case, or in Petitioner's duplicate proceeding pending before this Court. See Marco Marino-Zamora v. Chief Counsel for the District of Nevada D.H.S. ICE, No. 2:26-cv-01068-CDS-NJK.

**DATED:** October 5, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**